# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 5/1/2024 |
| Case: 1−24−41857−jmm | Form ID: 761 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr        Lori Lapin Jones        ljones@jonespllc.com
aty       Joseph Yau        jyau@jyaulaw.com

                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Peter Chan       350 65th St Apt 4N       Brookly, NY 11220
smg    Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408

                                              TOTAL: 2